UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61671-CIV-SINGHAL

PREPARED FOOD PHOTOS, INC., etc.,

    Plaintiff,

v.

FAT DADDY CO. d/b/a FAT DADDY MEATS,

    Defendant.
_____/

## FINAL JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** is before the Court following entry of the Order (DE [14]) granting Plaintiff's Motion for Final Default Judgment. The Court enters this separate final judgment pursuant to Fed. R. Civ. P. 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff Prepared Food Photos, Inc., and against Defendant Fat Daddy Co. d/b/a Fat Daddy Meats, as follows:

    1.    Plaintiff shall recover from Defendant the principal sum of **$27,238.00** for which let execution issue. The foregoing sum consists of $23,976.00 (statutory damages for copyright infringement), $467.00 (costs), and $2,795.00 (attorneys' fees).

    2.    Pursuant to Fed. R. Civ. P. 69(a) and Fla. R. Civ. P. 1.560, the judgment debtor, The Charter Agency LLC, shall complete, under oath, a Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney, Daniel DeSouza Esq., CopyCat Legal PLLC, 3111 N. University Drive, Suite 301, Coral Springs, FL 33065, within 45 days from the date of this Final Judgment, unless the Final Judgment is satisfied or post-judgment is stayed. Failure to complete the fact information sheet shall be just cause for further sanctions. *See, e.g., Biggross, Inc. v. Matthews*, 2007 WL 2827566, at *1 (M.D. Fla. Sept. 27, 2007) (awarding sanctions for a defendant's failure to fill out a fact information sheet).

3.     Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant are permanently enjoined from (a) directly or indirectly infringing Plaintiff's copyright or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any work derived or copied from Plaintiff's copyrighted photograph or to participate or assist in any such activity; and (b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photograph owned by Plaintiff.

The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of November 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF